1  JOHN L. KRIEGER (Nevada Bar No. 6023)
   jkrieger@lrlaw.com
2  NIKKYA G. WILLIAMS (Nevada Bar No. 11484)
   nwilliams@lrlaw.com
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   (702) 949-8200
5  (702) 949-8398 fax

6  Attorneys for RENO-TAHOE SPECIALTY, INC.

```
FILED          RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RENO-TAHOE SPECIALTY, INC., a Nevada corporation, | CASE NO. 2:12-cv-01051-GMN-VCF |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PRELIMINARY INJUNCTION |
| v. | |
| MUNGCHI, INC., a California corporation, | |
| Defendant. | |

UPON CONSIDERATION of the motion filed by Plaintiff Reno-Tahoe Specialty, Inc. ("RTSI") for a preliminary injunction to prevent Defendant Mungchi, Inc. ("Mungchi") from reproducing, distributing, creating derivative works of, and publicly displaying Plaintiff's copyrighted pictorial works, the supporting memorandum of points and authorities, the supporting declaration and evidence, the record in this case, and for other good cause shown;

THE COURT HEREBY FINDS THAT:

1. Plaintiff owns a valid copyright registration for its pictorial works identified and defined in the Complaint as the 695 View;

2. Mungchi had access to Plaintiff's copyrighted 695 View;

3. Mungchi's Infringing Works are substantially similar to RTSI's copyrighted 695 View;

4. Plaintiff is likely to succeed on the merits of its claims for copyright infringement;

5. Plaintiff will suffer irreparable injury if the Court does not require Mungchi to cease all infringing conduct, including enjoining any further sales of the Infringing Works and having the Infringing Works immediately removed from store shelves;

6. The harm to RTSI substantially outweighs the harm to Mungchi. Mungchi has no legitimate interest in using the 695 View in its Infringing Works. The balance of hardships tips in favor of RTSI because the potential harm to Mungchi is only monetary, while the harm to RTSI is irreparable, including the loss of its goodwill and reputation and the ability to exercise its copyrights;

7. It is in the public interest to enjoin Mungchi's use of the 695 View in its Infringing Works.

THEREFORE, IT IS HEREBY ORDERED THAT, pending a full trial on the merits, Defendant is enjoined from:

A. Reproducing RTSI's copyrighted pictorial works and/or the Infringing Works as defined in RTSI's Complaint in this action;

B. Preparing derivative works based upon RTSI's copyrighted works and/or the Infringing Works;

C. Distributing to the public, by sale or other transfer of ownership, or by rental, lease or lending, any of the copyrighted works of RTSI and/or the Infringing Works;

D. Publicly displaying RTSI's copyrighted works and/or the Infringing Works;

E. Manufacturing new items based upon RTSI's copyrighted works, the Infringing Works, or any derivative works of either RTSI's copyrighted works and/or the Infringing Works;

F. Selling any items that infringe upon RTSI's copyrighted works and/or that contain the Infringing Works; and/or

G. Authorizing any third parties to do any of the above acts.

IT IS FURTHER ORDERED THAT Defendant immediately surrender to RTSI all copies and incarnations of the Infringing Works, and any derivative works based upon the Infringing Works in Defendant's possession, custody or control, including from third party retail stores and

distributors, to RTSI or its counsel no later than _____August 1_____, 2012.

IT IS FURTHER ORDERED THAT Plaintiff shall not be required to post an additional bond and the present bond of $2000.00 shall remain in effect.

DATED: July 25, 2012.

By_____
The Honorable Gloria M. Navarro
UNITED STATES DISTRICT JUDGE