# EXHIBIT D

# Invoice

**TOP DESIGN**

2253 E WASHINGTON BLVD
Los Angeles, CA 90021
TEL-323-973-2700
FAX-323-973-2709

| Date | Invoice # |
|---|---|
| 2012-03-12 | 24422 |

**PAID**

| Bill To |
|---|
| Mung Chi |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | NET-14 DAY | Brand | 2012-01-19 | Delivery |  |  |

| QUT | DESIGN NO | STYLE | CUT | Price Each | Amount |
|---|---|---|---|---|---|
| 200 | TH-333B-M | NEW DESIGN |  | 2.90 | 580.00 |

**Total** \580.00