# EXHIBIT H

RSPN
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KANG & ASSOCIATES, PLLC**
3571 Red Rock Street, Suite A
Las Vegas, Nevada 89103
P: (702) 333-4223
F: (702) 507-1468

*Attorneys for Plaintiffs*
*Mungchi, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RENO-TAHOE SPECIALITY, INC., A Nevada corporation<br><br>Plaintiffs,<br><br>vs.<br><br>MUNGCHI, INC., a California corporation,<br><br>Defendants. | Case No. : 2:12-cv-01051-GMN-VCF |

### DEFENDANT'S MUNGCHI RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSSIONS

COMES NOW, Defendant MUNGCHI, INC, by and through its attorneys PATRICK W. KANG, ESQ. and ERICA D. LOYD, ESQ. of the law firm of KANG & ASSOCIATES PLLC., hereby responds and answers under oath, in accordance with Rule 36 of the Federal Rules of Civil Procedure, the following Requests for Admissions:

1. As to the Admissions 1 through 11; 45; and 46 Defendant *admits*.

2. As to the Admissions 14 through 16; 35 through 44; 50 though 95; and 97 through 100, Defendant *denies*.

3. As to the Admissions 12 and 13; 17 through 34; and 47 through 49, Defendant *admits in part and denies in part*.

4. As to Admissions 96, and 101 through 136 Defendant is **without sufficient knowledge or information to form a belief**.

Dated this ⟵ day of April 2013.

                                                               KANG & ASSOCIATES, PLLC

                                                               PATRICK W. KANG, ESQ.
Nevada Bar No. 010381
ERICA D. LOYD, ESQ.
Nevada Bar No. 010922
3571 Red Rock St., Ste. A
Las Vegas, NV 89103
(702) 333-4223
*Attorneys Defendant*

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of KANG & ASSOCIATES, over the age of 18, neither a party to nor interested in this matter; that on this **5** day, April 2013, I served a copy of **DEFENDANT MUNGCHI'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS**, as follows:

    __X__    by facsimile transmission to the following fax number:

    __X__    by mailing a copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Las Vegas, Nevada, to the counsel of record at the following address:

John L. Krieger, Esq.
Nikkya G. Williams, Esq.
**LEWIS & ROCA LLP**
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
P: 702.949.8200
F: 702.949.8398
*Attorney for the Defendants*

_____
An Employee of KANG & ASSOCIATES