# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RENO-TAHOE SPECIALITY, INC., | |
| Plaintiff, | 2:12-cv-01051-GMN-VCF |
| vs. | **ORDER** |
| MUNGCHI, INC., et al., | [Plaintiff's Motion for Leave to File Under Seal Certain Exhibits and Information in Support of Plaintiff's Request for Attorneys' Fees and Costs (#56)] |
| Defendants. | |

Before the Court is Plaintiff's Motion for Leave to File Under Seal Certain Exhibits and Information in Support of Plaintiff's Request for Attorneys' Fees and Costs. (#56).

Plaintiffs seeks to "leave to file billing records and rates under seal as an exhibit and as declared facts in support of its Motion for Attorneys' Fees and Costs, which is necessary to protect the confidentiality of attorney billing rates and attorney work product." *Id.*

The Courts having reviewed Plaintiff's Motion for Leave to File Under Seal Certain Exhibits and Information in Support of Plaintiff's Request for Attorneys' Fees and Costs (#56) and finds that compelling reasons exist to seals these documents. Documents will be sealed where compelling reasons "outweigh the general history of access and the public policies favoring disclosure…" *Kamakana*, 447 F.3d at 1178-1179.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Under Seal Certain Exhibits and Information in Support of Plaintiff's Request for Attorneys' Fees and Costs (#56) is GRANTED.

DATED this 16th day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE