# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VAu 1-102-694**

Effective date of registration:
May 31, 2012

## Title

Title of Work: TE183, et al.
Contents Titles: TE183
TE183-1
TH333_B
TH334

## Completion/Publication

Year of Completion: 2012

## Author

Author: TOP DESIGN
Author Created: 2-D artwork

Work made for hire: Yes
Citizen of: Korea (South)                    Domiciled in: United States

## Copyright claimant

Copyright Claimant: TOP DESIGN
2253 E. Washington Blvd., Los Angeles, CA, 90021, United States

## Rights and Permissions

Organization Name: TOP DESIGN
Email: topdesign2011@gmail.com
Address: 2253 E. Washington Blvd.
Los Angeles, CA 90021 United States

## Certification

Name: Kyung su Lee
Date: May 31, 2012

# Invoice

**TOP DESIGN**
2253 E WASHINGTON BLVD
Los Angeles, CA 90021
TEL-323-973-2700
FAX-323-973-2709

| Date | Invoice # |
|---|---|
| 2012-03-12 | 24422 |

PAID

| Bill To |
|---|
| Mung Chi |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | NET-14 DAY | Brand | 2012-01-19 | Delivery | | |

| QUT | DESIGN NO | STYLE | CUT | Price Each | Amount |
|---|---|---|---|---|---|
| 200 | TH-333B-M | NEW DESIGN | | 2.90 | 580.00 |

| | Total | \580.00 |
|---|---|---|