KANG & ASSOCIATES, PLLC
3571 RED ROCK STREET, SUITE A
LAS VEGAS, NV 89103

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-102-694

**Effective date of
registration:**

May 31, 2012

## Title

**Title of Work:** TE183, et al.

**Contents Titles:** TE183

TE183-1

TH333_B

TH334

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** TOP DESIGN

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** Korea (South)          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** TOP DESIGN

2253 E. Washington Blvd., Los Angeles, CA, 90021, United States

## Rights and Permissions

**Organization Name:** TOP DESIGN

**Email:** topdesign2011@gmail.com

**Address:** 2253 E. Washington Blvd.

Los Angeles, CA 90021  United States

## Certification

**Name:** Kyung su Lee

**Date:** May 31, 2012

# Invoice

**TOP DESIGN**

2253 E WASHINGTON BLVD
Los Angeles, CA 90021
TEL-323-973-2700
FAX-323-973-2709

PAID

| Date | Invoice # |
|------|-----------|
| 2012-03-12 | 24422 |

**Bill To**

Mung Chi

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | NET-14 DAY | Brand | 2012-01-19 | Delivery | | |

| QUT | DESIGN NO | STYLE | CUT | Price Each | Amount |
|-----|-----------|-------|-----|-----------|--------|
| 200 | TH-333B-M | NEW DESIGN | | 2.90 | 580.00 |

| | Total | \580.00 |
|---|-------|---------|