## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENO-TAHOE SPECIALTY, INC., ) | |
| ) | Case 2:12-cv-01051-GMN-VCF |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT AND** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| MUNGCHI, INC., *et al.*, ) | **JUDGE CAM FERENBACH** |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 70) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 21, 2013, regarding Plaintiff's Motion for Default Judgment (ECF No. 54), filed on August 1, 2013.

Pursuant to Local Rule IB 3-2(a), objections to the Report and Recommendation (ECF No. 70) were due by December 8, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Report and Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the permanent injunction, statutory damages, attorneys' fees and non-taxable costs are hereby **GRANTED** as set forth in the Order of Permanent Injunction, attached to Magistrate Judge Ferenbach's Report and Recommendation as ECF No. 70-1.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file ECF No. 70-1 as a separate document on the docket, so that it can be signed by District Judge Gloria M. Navarro and entered by the Clerk of the Court.

**DATED** this 10th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge