```
1  GORDON SILVER
   JOHN L. KRIEGER
2  Nevada Bar No. 6023
   Email: jkrieger@gordonsilver.com
3  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89169
4  Tel: (702) 796-5555
   Fax: (702) 369-2666
5  Attorneys for Reno-Tahoe Specialty, Inc.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENO-TAHOE SPECIALTY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNGCHI, INC., a California corporation; TOP DESIGN, a California business entity; KYUNG SU LEE, an individual,<br><br>Defendants. | CASE NO. 2:12-cv-01051-GMN-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Reno-Tahoe Specialty, Inc. ("RTSI") hereby authorizes and consents to substitution of JOHN L. KRIEGER of the law firm GORDON SILVER, in the place and stead of John L. Krieger, formerly of the law firm LEWIS ROCA ROTHGERBER, LLP ("LRR"), , as its attorneys in the instant action.

Dated this 5th day of May, 2014.

RENO-TAHOE SPECIALTY, INC.

By: _President_

Name: _____

...
...
...
...
...

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104617-001/2284722.doc

1 of 2

The law firm LRR hereby authorizes and consents to the substitution of JOHN L. KRIEGER of the law firm GORDON SILVER, in their place and stead as attorneys of record for Plaintiff RTSI, in the instant action.

Dated this 5th day of May, 2014.

LEWIS ROCA ROTHGERBER, LLP

_____
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200

JOHN L. KRIEGER of the law firm GORDON SILVER, hereby authorizes and consents to his substitution in the place and stead of the law firm LRR, as attorneys of record for Plaintiff RTSI, in the instant action.

Dated this 5th day of May, 2014.

GORDON SILVER

_____
JOHN L. KRIEGER
Nevada Bar No. 6023
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

APPROVED:

DATED: 5-7-2014        _____
                       UNITED STATES MAGISTRATE JUDGE
                       CAM FERENBACH

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104617-001/2284722.doc

2 of 2