THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| RENO-TAHOE SPECIALTY, INC., |
| Plaintiff, |
| vs. |
| MUNGCHI, INC., |
| Defendant. |

2:12-cv-01051-GMN-VCF

MINUTES OF THE COURT

DATED: November 12, 2014

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Michael Zadina     COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: John Krieger and Elias George

COUNSEL FOR DEFENDANT: Patrick Kang and Erica Loyd

MINUTES OF PROCEEDINGS: Bench Trial (Day 1)

8:32 a.m.  Court convenes.

The Court and counsel settle exhibits for admission as stated on the record.  **Exhibits 2, 6, 34-42, 44, 46-47, and 501 admitted.**  Oral argument is heard on Plaintiff's Motions In Limine (#88/89).  The Court reserves decision on the motions.  IT IS ORDERED that Defendant's Objections (#104) is denied.

**GERALD K. GATES,** called on behalf of the Plaintiff, is sworn and testifies on direct examination by Mr. Krieger.
***Exhibits 1, 3, 4, 5, 7, 8, 9-10, 11-33, 48, mark and admitted.  Exhibit 43, 45 marked, but not admitted.***

11:22 a.m.  The Court stands at recess.

11:47 a.m.  The Court reconvenes.

**GERALD K. GATES,** having previously been sworn, further testifies on cross examination by Mr. Kang, re-direct examination by Mr. Krieger, then is excused.

**RICKY SEUNG GON NOH,** called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Kang.

*Exhibits 502-504 marked, but not admitted.*
2:18 p.m.  The Court stands at recess.

2:46 p.m.  The Court reconvenes.

**RICKY SEUNG GON NOH,** having previously been sworn, further testifies on cross examination by Mr. Kang, then is excused.
*Exhibits 43, 45 marked and admitted.  Exhibit 49 marked, but not admitted.*

**IT IS HEREBY ORDERED** the bench trial in this matter is continued to **Thursday, November 13, 2014, at 8:00 a.m.**

4:10 p.m.  Court adjourns.

                                         LANCE S. WILSON, CLERK
                                         U.S. DISTRICT COURT

                                         BY:_____/S/_____
                                         Michael Zadina, Deputy Clerk