GORDON SILVER
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@gordonsilver.com
ELIAS P. GEORGE
Email: egeorge@gordonsilver.com
Nevada Bar No. 12379
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Plaintiff*
*Reno-Tahoe Specialty, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENO-TAHOE SPECIALTY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNGCHI, INC., a California corporation; TOP DESIGN, a California business entity; KYUNG SU LEE, an individual,<br><br>Defendants. | CASE NO. 212-cv-01051-GMN-VCF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO RELEASE BOND** |

Upon consideration of Plaintiff's Motion to Release Bond, the record in this case, and for good cause shown,

ITS IS HEREBY ORDERED that Plaintiff Reno-Tahoe Specialty, Inc.'s bond in the amount of $2,000.00 posted on July 3, 2012 is released to John L. Krieger at Gordon Silver.

**DATED** this 16th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104685-001/2485706.doc