**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RENO-TAHOE SPECIALITY, INC., a Nevada corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MUNGCHI, INC., a California corporation; TOP DESIGN, a California business entity, KYUNG SU LEE, an individual,<br><br>　　　　　　　　Defendants. | 2:12-cv-01051-GMN-VCF<br><br>**REPORT AND RECOMMENDATION** |

　　　　Before the court are Plaintiff Reno-Tahoe Specialty, Inc.'s ("RTSI") Motion for Attorneys' Fees (#120) and Motion to Seal Plaintiff's Motion for Leave to File Under Seal Certain Exhibits and Information in Support of Its Motion for Attorney's Fees (#123). To date, no opposition has been filed.

**Background:**

　　　　On November 12, 2014, the court conducted trial and ruled in favor of RTSI on its claims for copyright infringement, removal or alteration of copyright management information, and unfair competition under the Lanham Act. (#117). The Clerk's Judgment in favor of RTSI was entered on December 24, 2014. (#118). Plaintiff filed its Motion for Attorneys' Fees on January 7, 2015. (#120).

**Analysis**

　　　　Pursuant to Local Rules 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." To date, no opposition has been filed; thus, Defendants have consented to the granting of the instant motion under Local Rule 7-2(d).

The Copyright Act expressly provides for prevailing parties in copyright actions to recover their full costs, including reasonable attorneys' fees. 17 U.S.C. § 505. Specifically, § 505 provides as follows:

> In any civil action under this title, the court in its discretion may allow the recovery of full costs by or against any party other than the United States or an officer thereof. Except as otherwise provided by this title, the court may also award a reasonable attorney's fee to the prevailing party as part of the costs.

Here, the Court has reviewed Mr. John L. Krieger's Memorandum of Fees and Costs and Supporting Affidavit of Counsel (#121) and finds that the total attorneys' fees and costs requested are reasonable.

The following amounts are awarded:

| | |
|---|---|
| 1. Attorneys' Fees | $110,663.91 |
| 2. Costs | $    4,746.97 |
| Total | $115,410.88 |

Accordingly,

IT IS HEREBY RECOMMENDED that Plaintiff Reno-Tahoe Specialty, Inc.'s Motion for Attorneys' Fees (#120) is GRANTED.

IT IS FURTHER RECOMMENDED that Plaintiff Reno-Tahoe Specialty, Inc. is awarded $115,410.88 in attorneys' fees and costs.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Under Seal Certain Exhibits and Information in Support of Its motion for Attorneys' Fees (#123) is GRANTED.

DATED this 13th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE