1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4   Reno-Tahoe Specialty, Inc.,                )
                                              )
5                   Plaintiff,                )      Case No.: 2:12-cv-1051-GMN-VCF
          vs.                                )
6                                             )      **ORDER**
    Mungchi, Inc.; *et al.*,                  )
7                                             )
                  Defendants.                 )
8                                             )

9

10        Pending before the Court is the Report and Recommendation ("R&R") of United States

11   Magistrate Judge Cam Ferenbach, (ECF No. 125), which states that Plaintiff Reno-Tahoe

12   Specialty, Inc.'s Motion for Attorneys' Fees, (ECF No. 120), should be granted.

13        A party may file specific written objections to the findings and recommendations of a

14   United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

15   D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo

16   determination of those portions of the Report to which objections are made. *Id*.  The Court may

17   accept, reject, or modify, in whole or in part, the findings or recommendations made by the

18   Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

19        Defendants did not file any objections to Judge Ferenbach's R&R, and the deadline to

20   object has now expired.  Accordingly, the Court finds good cause to accept and adopt the

21   findings of Judge Ferenbach.

22        **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 125), is

23   **ADOPTED in its entirety.**

24        **IT IS FURTHER ORDERED** that Plaintiff Reno-Tahoe Specialty, Inc.'s Motion for

25   Attorneys' Fees, (ECF No. 120), is **GRANTED**.

1 **IT IS FURTHER ORDERED** that Plaintiff Reno-Tahoe Specialty, Inc. is awarded $115,410.88 in attorneys' fees and costs.

**DATED** this 25th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court