AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Reno-Tahoe Specialty, Inc.

Plaintiff,

V.

Mungchi, Inc., Top Design, Kyung Su Lee

Defendants.

**JUDGMENT FOR ATTORNEYS' FEES IN A CIVIL CASE**

Case Number: 2:12-cv-01051-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Reno-Tahoe Specialty, Inc. is awarded $115,410.88 in attorneys fees and costs.

| | |
|---|---|
| March 26, 2015 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |